## COMMUNICATIONS WORKERS OF AMERICA; Urbano Herrera, Plaintiffs–Appellees,

v.

## ECTOR COUNTY HOSPITAL DISTRICT, doing business as Medical Center Hospital, et al., Defendants,

Ector County Hospital District, doing business as Medical Center Hospital, Defendant–Appellant.

No. 03–50230.

United States Court of Appeals, Fifth Circuit.

March 1, 2005.

David A. Van Os (argued), Matthew G. Holder, David Van Os & Associates, San Antonio, TX, for Plaintiffs–Appellees.

Miles Robert Nelson, Robert Eugene Motsenbocker, William Stacy Trotter, William Everett Berry, Jr. (argued), Shafer, Davis, Ashley, O'Leary & Stoker, Odessa, TX, for Defendant–Appellant.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS, CLEMENT and PRADO, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the

judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.